**United States District Court**
**Violation Notice**

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GS2 | E 2633534 | Shen | TS9745 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 08/28/2026 / 1910 | OCGA 40-6-72(b) |

Place of Offense
144 E & old Sunbury Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐

Fail to Stop at Post Stop Sign

DEFENDANT INFORMATION — Phone: 240 618 - 9684

Last Name: Banka — First Name: Koffi H[redacted]

Street Address: 945[redacted]

City: Mon[redacted]

Drivers License: MD10[redacted]

VEHICLE [redacted]

Tag No.: SLG5273 | GA | 2010 | Toyota | Camry | Red

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 100 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 130 Total Collateral Due |

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Federal District Courthouse
52 North Main Street
Statesboro, GA 30458

Date: 11/02/2026
Time: 9:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CVB SCAN 09/23/2026 13:55

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 28 Aug, 20 26 while exercising my duties as a law enforcement officer in the Southern District of Georgia

at approx 1905 hrs, while I Stationary on 144 E and old Sunbury Rd. I observed a red in color Toyota Camry fail to stop at the Post stop sign on 144 E and old Sunbury Rd, on foot approach I identified the driver as described on front. Road condition was green, visibility was fair, driver was cooperative.

PC
HHC
I-64 AR
ABCT
32D

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/28/2026 — Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/23/2026 13:55